UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GARY NORRELL, )<br>)<br>Defendant. ) | Case No. CR04-295-MJP<br><br>**PROPOSED FINDINGS OF FACT AND DETERMINATION AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE** |

INTRODUCTION

I conducted a hearing on alleged violations of supervised release in this case on April 28, 2010. The defendant appeared pursuant to a summons issued in this case. The United States was represented by Norman Barbosa, and defendant was represented by Michael Filipovic. Also present was Senior U.S. Probation Officer Mark Chance. The proceedings were digitally recorded.

SENTENCE AND PRIOR ACTION

Defendant was sentenced on June 1, 2005 by the Honorable Marsha J. Pechman for Social Security Fraud. He received 5 years of probation and 180 days of home confinement.

PRESENTLY ALLEGED VIOLATIONS

In a petition dated March 2, 2010, Senior U.S. Probation Officer Mark Chance alleged that

PROPOSED FINDINGS OF FACT AND DETERMINATION AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE - 1

defendant violated the following conditions of supervised release:

1.   Failing to pay restitution in monthly installments of not less than 10% of defendant's gross monthly household income, in violation of special condition 10.

### FINDINGS FOLLOWING EVIDENTIARY HEARING

Defendant admitted the above violations, waived any hearing as to whether they occurred, and was informed the matter would be set for a disposition hearing May 14, 2010 at 10:00 a.m. before District Judge Marsha J. Pechman.

### RECOMMENDED FINDINGS AND CONCLUSIONS

Based upon the foregoing, I recommend the court find that defendant has violated the conditions of his supervised release as alleged above, and conduct a disposition hearing.

DATED this 28th day of April, 2009.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

PROPOSED FINDINGS OF FACT AND DETERMINATION AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE - 2